IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

```
GROUP V, LLC,                         *

     Plaintiff,                       *

vs.                                   *     CASE NO. 3:21-CV-140 (CDL)

UNIFIED GOVERNMENT OF ATHENS-         *
CLARKE COUNTY,
                                      *
     Defendant.
```

O R D E R

Defendant has filed a motion to dismiss based upon lack of subject matter jurisdiction (ECF No. 12).  For purposes of deciding this motion, the Court finds that this case is indistinguishable from *Homewood Vill., LLC v. Unified Gov't of Athens-Clarke Cnty.*, No. 3:15-CV-23 (CDL), 2016 WL 1306554, at *3 (M.D. Ga. Apr. 1, 2016), in which this Court abstained from deciding the merits of the action on comity grounds and was affirmed on appeal.  *Homewood Vill. LLC v. Unified Gov't of Athens-Clarke Cnty.*, 677 F. App'x 623, 625 (11th Cir. 2017).  The Court's mind has not changed.  Accordingly, the Court abstains based on comity principles, and this action is dismissed.

IT IS SO ORDERED, this 19th day of August, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA